Pat Lundvall (NVSBN 3761)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com

Bruce E. Van Dalsem (CA SBN 124128, *pending admission pro hac vice*)
brucevandalsem@quinnemanuel.com
Michael T. Lifrak (CA SBN 210846, *pending admission pro hac vice*)
michaellifrak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiffs KB HOME Inspirada LLC; Toll Inspirada LLC and Beazer-Inspirada LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KB HOME INSPIRADA LLC; TOLL INSPIRADA LLC and BEAZER-INSPIRADA LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MERITAGE HOMES OF NEVADA, INC.,<br><br>Defendant. | CASE NO. 2:18-cv-00005-RFB-GWF<br><br>**NOTICE OF SETTLEMENT AND MOTION TO EXTEND DEADLINES** |

Plaintiffs KB HOME Inspirada LLC, Toll Inspirada LLC, and Beazer-Inspirada LLC, respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal (the "Agreement"). The parties intend to finalize the Agreement as soon as practicable, but respectfully request that the Court permit the parties time to do so. Accordingly, Plaintiffs respectfully request that the Court extend the deadline for Defendant Meritage Homes of Nevada, Inc. to respond to Plaintiffs' Complaint (Dkt. 1) from

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

January 24, 2018 to February 2, 2018, and the deadline to respond to Plaintiffs' Motion (Dkt. 5) from January 17, 2018 to February 2, 2018.

Plaintiffs are filing this Notice and Motion with Defendant's approval and permission.

Dated: January 18, 2018.

MCDONALD CARANO, LLP

By: /s/ Pat Lundvall
Pat Lundvall (NVSBN 3761)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel: (702) 873-4100
plundvall@mcdonaldcarano.com

Bruce E. Van Dalsem (CA SBN 124128, pending admission *pro hac vice*)
brucevandalsem@quinnemanuel.com
Michael T. Lifrak (CA SBN 210846, pending admission *pro hac vice*)
michaellifrak@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Plaintiffs KB HOME Inspirada LLC; Toll Inspirada LLC and Beazer-Inspirada LLC*

Reviewed and approved:

By: /s/ Douglas C. Northup
Douglas C. Northup (AZ SBN 013987)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
Tel: (602) 916-5000
dnorthup@fclaw.com

*Attorneys for Defendant, Meritage Homes of Nevada, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 22, 2018